# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:21-cr-00023 |
| | ) |
| **MATTHEW HAZEL,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that the Court accept Matthew Hazel's ("Hazel") plea of guilty (ECF No. 156) to Counts One, charging a violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(ii), and Count Six, charging a violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2). After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Hazel entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Hazel guilty as to Counts One and Six of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 156) is **ADOPTED;** it is further

**ORDERED** that Defendant Hazel's plea of guilty as to Count One and Count Six of the Indictment is **ACCEPTED,** and that Defendant Hazel is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than November 2, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than November 16, 2022; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than November 30, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than January 13, 2023; it is further

**ORDERED** that a sentencing hearing shall be held on January 27, 2023, at 9:30 A.M. in STT Courtroom No. 1.

**Date:** September 13, 2022        /s/ *Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **District Judge**